FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✗
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PAUL PEARCE, DAMON RUIZ, IRA LEITNER, as individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation with their principal place of business in Texas, and Does 1 to 100, Inclusive,<br><br>Defendant. | CASE NO. SACV 07-00450 CJC (ANx)<br><br>**HON. CORMAC J. CARNEY<br>COURTROOM 9B**<br><br>[~~PROPOSED~~] JUDGMENT |

WHEREAS, on June 4, 2008, this Court granted preliminary approval to a settlement of this action;

WHEREAS, the Court granted final approval to the settlement on October 6, 2008, finding that the settlement is fair, reasonable and adequate within the meaning of Federal Rule of Civil Procedure 23(e) and applicable law; and

WHEREAS, the Court has found that the notice sent to the Class Members fairly and adequately informed the Class of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's order preliminarily approving the settlement:

This Court hereby enters final judgment in this case, and dismisses it with prejudice, in accordance with the terms of the Settlement Agreement and Joint Stipulation ("Settlement"), Order Granting Preliminary Approval, and the Order Granting Final Approval to Class Action Settlement ("Final Approval Order"). The Court hereby permanently enjoins and restrains all individuals from asserting any and all claims that were released pursuant to the Settlement and the Final Approval Order.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs, the Class, and the Defendant for the purposes of supervising the implementation, enforcement, construction and interpretation of the Settlement, and all orders and judgments entered in connection therewith.

IT IS SO ORDERED

Dated: October 6, 2008

_____
The Honorable Cormac J. Carney
Judge of the United States District Court